**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Gustavo Ponce, Esq. (SBN: 343430)
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff,*
Vahe Messerlian

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAHE MESSERLIAN, individually and on behalf of all others similarly situated, | Case No.:  2:23-cv-08451-KK-JPR |
| Plaintiff, | **NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AND AWARD OF COSTS** |
| vs. | |
| JP GROUP LA and COLUMBIAN FESTIVAL, INC., | *[NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT]* |
| Defendants. | Date: May 15, 2025<br>Time: 9:30 am<br>Courtroom.: 3 |
| | Judge: Kenly Kita Kato |

//

//

//

//

//

//

**TO DEFENDANTS JP GROUP LA AND COLUMBIAN FESTIVAL, INC. AND ITS ATTORNEYS OF RECORD:**

 **PLEASE TAKE NOTICE** that on May 15, 2025, at 9:30 am in Courtroom 3, 3rd Floor of the United States District Court for the Central District of California, located at 3470 12th Street, Riverside, California 92501, Plaintiff VAHE MESSERLIAN ("Plaintiff"), by and through his counsel of record, will move this Court for a Default Judgment and award of Plaintiff's costs against Defendants JP GROUP LA and COLUMBIAN FESTIVAL, INC. ("Defendants").

 This motion is based upon the instant Notice of Motion, the attached Memorandum of Points and Authorities in Support thereof, and on all papers and records on file herein. Plaintiff submits on the pleadings and requests no oral argument, unless requested by the Court.

Respectfully submitted,

Dated: April 15, 2025  **KAZEROUNI LAW GROUP, APC**

By: *s/ Gustavo Ponce*
MONA AMINI, ESQ.
GUSTAVO PONCE, ESQ.
ATTORNEYS FOR PLAINTIFF

**PROOF OF SERVICE**

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, California 92626. On April 15, 2025, I served the within document(s):

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND AWARD OF COSTS; AND [PROPOSED] ORDER**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Costa Mesa, California addressed as set forth below.

JP Group LA
101 S. Main St.
Pomona, CA 91766

Agent for Service of Process
Columbian Festival, Inc
c/o Andy Rosillo
13417 Hurchel Ct.
Whittier, CA 90605

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 15, 2025, at Las Vegas, Nevada.

*s/ Gustavo Ponce*
GUSTAVO PONCE