UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vahe Messerlian,<br><br>       Plaintiff,<br><br>   v.<br><br>JP Group LA,<br><br>       Defendant. | Case No. CV 23-8451-KK-JPRx<br><br>JUDGMENT |

Pursuant to the Order granting Plaintiff's Motion for Default Judgment, IT IS HEREBY ADJUDGED that Judgment is entered in favor of plaintiff Vahe Messerlian ("Plaintiff") against defendants JP Group LA and Colombian Festival, Inc. ("Defendants").

Pursuant to this Judgment, Defendants are ORDERED to pay Plaintiff damages in the amount of $8,324.61 from the date of entry of judgment in this action.

(JS-6)

Dated: May 23, 2023

                       _____
                        HONORABLE KENLY KIYA KATO
                        United States District Judge